**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**RONY LEONARDO LOPEZ VASQUEZ,**

**Petitioner,**

**v.** **No. 2:26-cv-00520-SMD-KRS**

**PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,**

**Respondents.**

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 12), Final Judgment is hereby entered in favor of Petitioner Rony Leonardo Lopez Vasquez and against Respondents Pamela Bondi, Kristi Noem, Todd M. Lyons, Marisa Flores, and Dora Castro.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**